# United States District Court
## For The Western District of North Carolina
## Statesville Division

THE NOBLE MOORS OF THE "BEY" AND
"EL" TRIBES and CHARLES A. RIPPY-BEY,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   CASE NO. 5:10CV19-2-MU

CLERK OF CATAWBA COUNTY SUPERIOR
COURT, ET AL.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 25, 2010, Order.

    Signed: February 26, 2010

Frank G. Johns, Clerk
United States District Court